COLE, Respondent, v. CENTRAL NEW ENGLAND RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Mary S. Cole, as administratrix, etc., of Townsend Cole, deceased, against the Central New England Railway Company.

PER CURIAM. Order setting aside verdict and granting new trial reversed, with costs,

upon the ground that no errors were committed upon the trial to plaintiff's prejudice, and upon the further ground that plaintiff failed to show that decedent was free from negligence contributing to the injury.

HIRSCHBERG, J., dissents.